PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Alvin S. Stokes     Case Number: 3:04-00163

Name of Sentencing Judicial Officer: Honorable Aleta A. Trauger, U.S. District Judge

Date of Original Sentence: April 25, 2005

Original Offense: Distribution of 5 Grams or More of Crack Cocaine; Possession of Firearms in Furtherance of Drug Trafficking; Convicted Felon in Possession of Firearms.

Original Sentence: 10 years' imprisonment followed by 8 years' of supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: December 19, 2011

Assistant U.S. Attorney: Sunny A.M. Koshy     Defense Attorney: John G. Oliva

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 24th day of Aug, 2012, and made a part of the records in the above case.

Honorable Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Roger D. Carrier
U.S. Probation Officer

Place: Columbia, Tennessee

Date: August 22, 2012

Report on Offender	Page 2
Under Supervision

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance:**

   On August 6, 2012, Mr. Stokes submitted a urine sample at the probation office, which tested positive for cocaine. On August 7, 2012, Mr. Stokes admitted that he had used cocaine on August 4, 2012, at a party.

**Compliance with Supervision Conditions and Prior Interventions:**

Alvin Stokes is a resident of Davidson County, Tennessee, and has been under the federal supervision of the U.S. Probation Office since December 19, 2011. He is currently unemployed and receives disability due to a heart condition. He lives with his two adult sons in Nashville, Tennessee. The probation officer completes frequent surprise home visits at the offender's residence.

On June 7, 2012, a 12A report was filed by U.S. Probation Officer Joshua Smith, notifying the Court of the offender's positive drug screen for cocaine. Said report was signed by Your Honor on June 11, 2012, ordering no action at that time, per the probation office's recommendation.

Mr. Stokes was referred for outpatient drug treatment and an assessment was completed at Centerstone, in Madison, Tennessee, on June 20, 2012. Mr. Stokes started attending the Low-Intensity Outpatient Program(LIOP)in July. Participants in the LIOP engage weekly group drug treatment sessions. His attendance at LIOP has been sporadic. In addition, Mr. Stokes is enrolled in the U.S. Probation drug testing program at the most intensive level.

This probation officer issued a verbal reprimand to Mr. Stokes for violating his conditions of supervised release by using illegal drugs. Mr. Stokes was re-instructed as to all his conditions, and specifically instructed not to possess or use illegal substances. Ms. Stokes understands that any future illegal drug use will most likely result in a request for a summons and a recommendation for revocation. The offender's term of supervision is scheduled to expire on December 18, 2019.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is requesting that no additional action be taken by the Court. It is recommended Mr. Stokes continue on supervised release and undergo increased monitoring by the probation officer. Any additional violations will be reported to the Court in a timely manner.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: *Kenneth C.*
   Kenneth Parham
   Supervisory U.S. Probation Officer