# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00163 |
| | ) | Judge Trauger |
| ALVIN S. STOKES | ) | |

## **O R D E R**

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 83) shall be held on Tuesday, November 27, 2012, at 3:30 p.m.

It is so **ORDERED.**

Enter this 15th day of November 2012.

_____
ALETA A. TRAUGER
United States District Judge