# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:04-00163 |
| | ) | Judge Trauger |
| ALVIN S. STOKES | ) | |

### **O R D E R**

A revocation hearing was held on October 7, 2013, at which the defendant pled guilty to all six Violations set forth in the Superseding Petition (Docket No. 105). The court finds those violations **ESTABLISHED**.

By agreement, it is hereby **ORDERED** that this case is set for further hearing on April 11, 2014 at 11:00 a.m., in order to provide the defendant with the opportunity to comply with all treatment recommendations and to fully comply with all conditions of his supervised release.

It is so **ORDERED.**

Enter this 7th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge